*Davis & Giles* and *W. A. Pattishall,* for Plaintiffs in Error;

*Landis, Fish & Hull,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

FLORIDA GILBERT, *Plaintiff in Error,* v. MARY EVANS, SPIRES, *Defendant in Error.*

Decision Filed February 13, 1922.

Petition for Rehearing Denied March 4, 1922.

A Writ of Error to the Circuit Court for Jackson County; C. L. Wilson, Judge.

*Jefferson D. Stephens,* for Plaintiff in Error;

*Thomas E. Walker,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

FRANK H. LOGAN, *Appellant*, v. PAULINE P. ARNOLD IN HER OWN RIGHT, AND AS EXECUTRIX OF THE ESTATE OF THOMAS IVERSON ARNOLD, DECEASED, *Appellee*.

Opinion Filed February 14, 1922.

It is not error to eliminate portions of an answer that apparently have no proper bearing on the equities asserted in the bill of complaint, particularly where the matters eliminated, if shown to be admissible, may be adduced under other averments of the answer.

An Appeal from the Circuit Court for Marion County; W. S. Bullock, Judge.

Affirmed.

*H. M. Hampton*, for Appellant;

*R. A. Burford* and *J. J. Lunsford*, for Appellee.